IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY D. BLACKBURN,<br><br>    Plaintiff,<br><br>  v.<br><br>TERRY WHITING,<br><br>    Defendant. | No. C 10-1422 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. On June 10, 2011, Plaintiff filed a motion for continuance of time to file his opposition to Defendant's motion for summary judgment. On June 13, 2011, Plaintiff filed his opposition to Defendant's motion for summary judgment. On June 17, 2011, Defendant filed his reply to Plaintiff's opposition. Plaintiff's motion is GRANTED. The opposition is deemed timely filed, and the matter is submitted.

This order terminates docket no. 25.

IT IS SO ORDERED.

DATED:   6/30/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Motion for Continuance of Time to File Opposition to Defendant's Motion for Summary Judgment
P:\PRO-SE\SJ.LHK\CR.10\Blackburn422eot-OppoMSJ.wpd