IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARVEY D. BLACKBURN, | ) | No. C 10-1422 LHK (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| TERRY WHITING, | ) ) | |
| Defendant. | ) ) | |

    The Court has granted Defendant's motion for summary judgment. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 3/8/12

LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.10\Blackburn422jud.wpd