1

2

3

4

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARVEY D. BLACKBURN, | ) | No. C 10-1422 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRY WHITING, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

12

13

14

15

16

17

18

19

20

21

        The Court has granted Defendant's motion for summary judgment.  Judgment is entered in favor of Defendant and against Plaintiff.  The Clerk shall close the file.

        IT IS SO ORDERED.

DATED: ___3/8/12___

_____
LUCY H. KOH
United States District Judge

22

23

24

25

26

27

28

Judgment
G:\PRO-SE\SJ.LHK\CR.10\Blackburn422jud.wpd